OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PATRICK LEE | **CRIMINAL COMPLAINT**<br><br>Case Number: 08-1695-TSH |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __7/05 to 11/06__ in __Suffolk County and Norfolk__ County, in
(Date)
the _____ District of __Massachusetts__ defendant(s) did,

(Track Statutory Language of Offense)
intentionally devise a scheme to defraud using the mails and wire communications in interstate commerce, in violation of 18 United States Code, Sections 1341 and 1343, and did knowingly, and with intent to defraud, transfer, possess and use, without lawful authority, means of identification of another person, in connection with, and with the intent to commit, and aid and abet in the commission of mail and wire fraud,

in violation of Title __18__ United States Code, Section(s) __1028A__ .

I further state that I am a(n) __Special Agent, U.S. Secret Service__ and that this complaint is based on the
Official Title
following facts:

See Affidavit of David J. McKeown, which is attached and incorporated herein by reference.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

David J. McKeown, Special Agent, U.S. Secret Svc.
Printed Name of Complainant

Sworn to before me and signed in my presence,

__5/27/08__ at __Boston, Massachusetts__
Date                                                                                   City                                    State

TIMOTHY S. HILLMAN, U.S.M.J.                                  _____
Name of Judge              Title of Judge                                    Signature of Judge